■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. PATTERSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Parker, J.—burglary, second degree.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN THOMAS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Connell, J.—robbery, second degree.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOVALUS REESE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Cornelius, J.—grand larceny, third degree.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK CARPENTER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Celli, J.—burglary, second degree, and grand larceny, third degree.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.